BORIS HINDIN, Respondent, v. PRESS PUBLISHING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to plead over within twenty days upon payment of such costs. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of LILLIAN B. FRIEDLANDER, Now LILLIAN B. LEAVITT, as Executrix, etc., of JOSEPH B. FRIEDLANDER, Late of the County of Kings, Deceased, Appellant. ELIZABETH KASINDORF and Others, Respondents.— It is ordered that the case be referred to Joseph E. Owens, Esq., as referee, to ascertain what, if anything, the executrix has collected on the uncollected claims contained in Schedule G1, at pages 160 and 161 of the case, to sell the remainder of such uncollected claims at auction upon such notice by advertisement or otherwise as he may think proper, and upon the evidence already taken and such new evidence as may be offered to ascertain whether any portion of said claims, and if so how much, has been lost through the misconduct or neglect of the executrix, and to report to this court with all convenient speed, and that the decision of this appeal be reserved pending this report. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.

In the Matter of Proving the Last Will and Testament of MARGARET E. McQUADE, Deceased, as a Will of Real and Personal Property. ROSE MILLIGAN, Appellant; MARY E. DUGAN, Respondent.— Decree of the Surrogate's Court of Richmond county modified so as to direct that the costs and allowance be paid out of the estate generally, and not out of the individual interest of the contestant therein; and as so modified affirmed, without costs. No opinion. Jenks, P. J., Mills, Kelly and Jaycox, JJ., concurred; Thomas, J., dissented as to the modification as to costs.

In the Matter of the Petition of the TITLE GUARANTEE AND TRUST COMPANY, to Render and Settle Its Account as Executor, etc., of HAZELDINE HAMILTON, Deceased. ST. LUKE's HOSPITAL and Others, Appellants; THE AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS and Others, Respondents.— Decree of the Surrogate's Court of Kings county affirmed, with costs to each party who has submitted a brief, to be paid out of the estate as a whole. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.